UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEUNGJIN KIM,)
)
Plaintiff,)
)
v.) Civil Action No. 17-2150 (UNA)
)
U.S. CUSTOMS & BORDER PROTECTION,)
)
Defendant.)

**FILED**
DEC - 4 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. Because the instant complaint is substantially similar to that filed in a prior lawsuit, *see Kim v. President of the United States*, No. 16-2002 (D.D.C. filed Oct. 7, 2016), *aff'd*, No. 16-5331 (D.C. Cir. Sept. 8, 2017), and it will be dismissed as duplicative. An Order is issued separately.

United States District Judge

DATE: 12/1/2017